UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODERICK S. LANCASTER,<br><br>              Plaintiff,<br><br>-against-<br><br>YONKERS POLICE DEPARTMENT; JOHN DOE; PRE-TRIAL DETAINEE,<br><br>              Defendants. | 26cv177 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 13, 2026
            New York, New York

                                 /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                          Chief United States District Judge